IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD MAYS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 2:12-cv-877-MEF |
| | ) |
| OCWEN LOAN SERVICING, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 12, 2012, this court entered an Order (Doc. 4) requiring Plaintiffs to, on or before October 19, 2012, either pay the filing fee or file long form applications to proceed *in forma pauperis.* In the Order, the court outlined the myriad problems with the original Motion to Proceed *in forma pauperis,* including the fact that it was filed on behalf of only one Plaintiff, signed by only one Plaintiff, and in need of clarification. *See* Order (Doc. 4). As of this date, Plaintiffs have failed to comply with the court's Order. In the absence of an order allowing them to proceed *in forma pauperis*, Plaintiffs must pay the civil action filing fee. *See* 28 U.S.C. §§ 1914, 1915. Because Plaintiffs have not paid the filing fee, this case is due to be dismissed.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this action be DISMISSED without prejudice due to Plaintiffs' failure to pay the filing fee, or file long form applications to proceed *in forma pauperis,* within the time allowed by the court and failure to abide by the orders of the court. Further, it is

ORDERED that on or before **November 6, 2012**, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 23rd day of October, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE