IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD MAYS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-877-MEF |
| | ) |
| OCWEN LOAN SERVICING, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 6) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. 6) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiffs' failure to pay the required filing fee and to comply with the orders of the court.

A separate judgment shall issue.

Done this the 8th day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE